IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON BLACKWELL,

    Petitioner,

vs.                               Case No. 5:15cv252-MP/CAS

N.C. ENGLISH, WARDEN,
FCI MARIANNA,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. In an order filed November 6, 2015, Petitioner was directed to file either pay the $5.00 filing fee or, alternatively, submit a new completed IFP motion by December 6, 2015. ECF No. 4. Petitioner was specifically warned that a recommendation would be made that this case would be dismissed if he failed to comply with that order. To date, Petitioner has not complied with that order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Petitioner did not comply with an order or to prosecute this case.  As a result, his petition should be dismissed without prejudice.

Petitioner shall have a 14-day period after service of this report and recommendation in which to file objections.  This will also afford Petitioner a final opportunity to show good cause for this failure to respond.  Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on December 28, 2015.

        s/ Charles A. Stampelos
        CHARLES A. STAMPELOS
        UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 5:15cv252-MP/CAS